Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Mission Point of Detroit, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-4529542** |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **2102 Orleans Street**<br>**Detroit, MI 48207**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Wayne**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Mission Point of Detroit, LLC**       Case number (*if known*)
                Name

**7. Describe debtor's business**   A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **6231**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ____  When ____  Case number ____
District ____  When ____  Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

| Debtor | **Mission Point of Detroit, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| List all cases. If more than 1, attach a separate list | Debtor | **HRM Detroit Holding, LLC** | Relationship | **Partial ownership** |
|---|---|---|---|---|
| | District | **Eastern District of Michigan, Detroit** When **4/15/25** | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

| Debtor | Mission Point of Detroit, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 16, 2025**
MM / DD / YYYY

X **/s/ Hari Mali, II, a/k/a H. Roger Mali**         **Hari Mali, II, a/k/a H. Roger Mali**
Signature of authorized representative of debtor        Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ Ryan Heilman**         Date **April 16, 2025**
Signature of attorney for debtor          MM / DD / YYYY

**Ryan Heilman**
Printed name

**Heilman Law PLLC**
Firm name

**40900 Woodward Ave., Suite 100**
**Bloomfield Hills, MI 48304-5122**
Number, Street, City, State & ZIP Code

Contact phone **248-835-4745**    Email address **ryan@heilmanlaw.com**

**P63952 MI**
Bar number and State

# RESOLUTION OF SUPERMAJORITY OF MEMBERS OF MISSION POINT OF DETROIT, LLC

The undersigned, constituting a Supermajority[1] of the Members of Mission Point of Detroit, LLC (the "Company"), holding more than 75% of the membership interests in the Company, acting by written resolution without a meeting, hereby resolve and approve the following:

WHEREAS, the undersigned Members have concluded that it is in the best interests of the Company to file a voluntary petition for relief (the "Petition") under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), and the undersigned Members wish to approve such action; therefore, it is:

RESOLVED that the Company is authorized to file a Petition in the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court") commencing a bankruptcy case under Chapter 11 of the Bankruptcy Code ("Bankruptcy Case");

RESOLVED that H. Roger Mali is appointed as the authorized representative of the Company for all purposes relating to the Petition and the Bankruptcy Case, and, among other things, is authorized and empowered to (a) execute and verify the Petition and all other documents he deems necessary to carry out the intent and accomplish the purpose of these resolutions, including all documents required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of the Bankruptcy Court, Office of the United States Trustee or by order of the Bankruptcy Court, (b) execute, verify, and file (or cause to be filed) any motions, applications, declarations, schedules, and other documents necessary or desirable in connection with the foregoing;

RESOLVED that H. Roger Mali and anyone designated by H. Roger Mali are authorized to appear on behalf of the Company in all proceedings before the Bankruptcy Court or otherwise relating to the bankruptcy case commenced by the filing of the Petition (the "Bankruptcy Case"), and to otherwise do and perform all acts and deeds and to execute and deliver all necessary or useful documents on behalf of the Company in connection with the Bankruptcy Case;

RESOLVED that the Company is authorized to retain the law firm of Heilman Law PLLC to represent the Company as debtor and debtor in possession in connection with the Company's Bankruptcy Case and other related matters;

RESOLVED that the Company is authorized, in H. Roger Mali's discretion, to retain financial advisors to assist the Company in any matter relating to the Bankruptcy Case.

RESOLVED that, in addition to the specific authorizations set forth above, H. Roger Mali and his designees are authorized, on behalf of the Company, to execute and deliver any and all agreements, certificates, instruments, and other documents and to pay all expenses, including

---

[1] All capitalized terms not defined herein have the meanings set forth in the Amended and Restated Operating Agreement for Mission Point of Detroit, LLC, as amended.

filing fees, in each case as may be necessary or desirable, in H. Roger Mali's judgment, to carry out the intent and accomplish the purpose of the resolutions adopted herein and to comply with all obligations and requirements relating to the Bankruptcy Case; and it is further

**RESOLVED** that all actions lawfully already taken or to be taken by H. Roger Mali in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed, and approved.

**IN WITNESS WHEREOF**, the undersigned, consisting of a Supermajority of the Members of the Company, execute this Action as of this 15th day of April, 2025.

MPMS Detroit Acquisition, LLC

By: H. Roger Mali
Its: Manager

HRM Detroit Holding, LLC

By: H. Roger Mali
Its: Manager

WSL Detroit, LLC

By:
Its:

Senior Living Fund IV USA, LLC

By:
Its:

Nicolas S. Vranka

filing fees, in each case as may be necessary or desirable, in H. Roger Mali's judgment, to carry out the intent and accomplish the purpose of the resolutions adopted herein and to comply with all obligations and requirements relating to the Bankruptcy Case; and it is further

**RESOLVED** that all actions lawfully already taken or to be taken by H. Roger Mali in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed, and approved.

**IN WITNESS WHEREOF**, the undersigned, consisting of a Supermajority of the Members of the Company, execute this Action as of this 15th day of April, 2025.

MPMS Detroit Acquisition, LLC

By: _____
Its:

HRM Detroit Holding, LLC

By: _____
Its:

WSL Detroit, LLC

By: _____
Its:

Senior Living Fund IV USA, LLC

By: Daniel T Brewer
Its: Manager

Nicolas S. Vranka

_____

filing fees, in each case as may be necessary or desirable, in H. Roger Mali's judgment, to carry out the intent and accomplish the purpose of the resolutions adopted herein and to comply with all obligations and requirements relating to the Bankruptcy Case; and it is further

**RESOLVED** that all actions lawfully already taken or to be taken by H. Roger Mali in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed, and approved.

**IN WITNESS WHEREOF**, the undersigned, consisting of a Supermajority of the Members of the Company, execute this Action as of this 15th day of April, 2025.

MPMS Detroit Acquisition, LLC

By: _____
Its:

HRM Detroit Holding, LLC

By: _____
Its:

WSL Detroit, LLC

By: Douglas Brawn
Its: Manager

Senior Living Fund IV USA, LLC

By: _____
Its:

Nicolas S. Vranka

_____

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Mission Point of Detroit, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **HRM Detroit Holding, LLC**<br>2102 Orleans Street<br>Detroit, MI 48207 | | **23.42** | **Percentage Interests** |
| **MPMS Detroit Acquisition, LLC**<br>30700 Telegraph Rd., Ste. 1510<br>Franklin, MI 48025 | | **14.48%** | **Percentage Interests** |
| **Nicola S. Vranka**<br>31221 Paseo Amapola<br>San Juan Capistrano, CA 92675 | | **0.75%** | **Percentage Interests** |
| **PHB Detroit, LLC**<br>1945 Heide Dr.<br>Troy, MI 48084 | | **22.60** | **Percentage Interests** |
| **Senior Living Fund IV USA, LLC**<br>8787 Renner Blvd., Ste. 130<br>Lenexa, KS 66219 | | **38.74%** | **Percentage Interests** |
| **WSL Detroit LLC**<br>901 N. Olive Ave.<br>West Palm Beach, FL 33401 | | **0.01%** | **Percentage Interests** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 16, 2025**

Signature **/s/ Hari Mali, II, a/k/a H. Roger Mali**  
**Hari Mali, II, a/k/a H. Roger Mali**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Michigan

In re **Mission Point of Detroit, LLC**  
                Debtor(s)

Case No. _____  
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 16, 2025**

**/s/ Hari Mali, II, a/k/a H. Roger Mali**  
**Hari Mali, II, a/k/a H. Roger Mali**/**Manager**  
Signer/Title

ActualMeds Corporation
2522 Capital Circle NE Suite 10
Tallahassee, FL 32308


Ahern & Kill PC
355 S. Old Woodware Ave Ste 210
Birmingham, MI 48009


Amerathon LLC
671 Ohio Pike Ste K
Cincinnati, OH 45245


Andrew T Wagner
6863 Hollopeter Rd
Leo, IN 46765


C T Corporation System
Attn: SPRS
330 N Brand Blvd, Ste. 700
Glendale, CA 91203


Carelinc Medical Equipment & Supply LLC
89 54th St SW
Grand Rapids, MI 49548


Centers for Medicare & Medicaid Services
PO Box 7520
Baltimore, MD 21207


Circle Line Transportation
4639 Cherry Blossom
Ypsilanti, MI 48197


City of Detroit
Finance Dept. - Assessments Div.
2 Woodward Ave., Ste. 804
Detroit, MI 48226


Cohn Reznick LLP
1 South Wacker Drive Suite 3550
Chicago, IL 60606

Douglas C. Bernstein
Plunkett Cooney
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304


DTE Energy
P.O. Box 740786
Cincinnati, OH 45274


Eldercare Connection of Michigan LLC
23660 Research Dr
Farmington, MI 48335


Fisher Funeral Home & Cremation Services
24501 Five Mile Rd
Redford, MI 48239


Fitzsimmons Hospital Services
 2336 Alger Dr
Troy, MI 48083


HD Supply Facilities Maintenance Ltd
23333 Commerce Dr.
Farmington, MI 48335


Healthpro Heritage LLC
307 International Cir #100
Cockeysville, MD 21030


Heilman Law PLLC
40900 Woodward Ave. Suite 100
Bloomfield Hills, MI 48304


Helix Diagnostics
6620 Highland Rd Suite 240
Waterford, MI 48327


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


JE Johnson Contracting Inc.
1550 E Virginia Dr
Midland, MI 48642

KCI USA
936 Ridgebrook Rd
San Antonio, TX 78230


Keytel Systems
6200 Eastgreen Blvd
Reynoldsburg, OH 43068


Kitch Drutchas Wagner Valitutti & Sherbr
1 Woodward Ave # 2400
Detroit, MI 48226


Leonard Eugene Ellison
17330 Northland Park Ct. Ste 100
Southfield, MI 48075


Long Term Care Billing Specialists, Inc
 33129 Schoolcraft Road
Livonia, MI 48150


Medline Industries Inc.
3 Lakes Drive
Northfield, IL 60093


Michigan Department of Treasury
Collection/Bankruptcy Unit
PO Box 30168
Lansing, MI 48909-7668


Michigan Mechanical Ventures
23900 Haggerty Rd
Farmington, MI 48335


Mission Point Management Services, LLC
30700 Telegraph Rd, Ste 1510
Franklin, MI 48025


MobilexUSA
24301 Telegraph Rd
Southfield, MI 48033


Moore Property Management Group
2743 Rhodes Dr.
Troy, MI 48083

MPMS Detroit Acquisition, LLC
30700 Telegraph Rd., Ste. 1510
Bingham Farms, MI 48025


OneCare LTC LLC
1945 Heide St
Troy, MI 48084


Payroll Funding Group
10956 Viaje Avenue
Las Vegas, NV 89135


PEA Group
1849 Pond Run
Auburn Hills, MI 48326


PointClickCare Technologies, Inc.
5570 Explorer Drive
Mississauga, ON L4W 0C4
Canada


Professional Medical, Inc.
1917 Garnet Ct.
New Lenox, IL 60451


PS of MI LLC
150 Pierce St
Somerset, NJ 08873


Rehmann Robson
1500 W Big Beaver Rd 2nd Floor
Troy, MI 48084


Relias Learning, LLC - WB
1010 Sync Street, Suite 100
Morrisville, NC 27560


Service Care Industries, Inc
23040 Schoenherr Rd
Warren, MI 48089


SLF Fixed Income Fund I, LLC
8787 Renner Blvd.
Lenexa, KS 66219

State Of Michigan - QAS/QM
P. O. Box 30437
Lansing, MI 48909


Stericycle - Shredding
2190 Westland Dr SW.
Cleveland, TN 37311


Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Ste. 3300
Chicago, IL 60611


Team Transformational Solutions LLC
30700 Telegraph Rd, Ste 1510
Bingham Farms, MI 48025


The Davey Tree Expert Company
2133 Heide St.
Troy, MI 48084-5512


The Huntington National Bank
41 South High St.
Columbus, OH 43287


United States Attorney
Attn: Civil Division - IRS
211 W. Fort St., Ste. 2001
Detroit, MI 48226-3220


Wernette Heilman PLLC
40900 Woodward Avenue Suite 100
Bloomfield Hills, MI 48304


Zenith Financial Group LLC
25512 Filmore
Taylor, MI 48180